1 | Gregory M. Saylin, 185328
FABIAN CLENDENIN
 A Professional Corporation
215 S. State Street, Ste. 1200
Salt Lake City, UT 84111
Telephone: 801-531-8900
Fax: 801-596-2814
gsaylin@fabianlaw.com
*Attorney for Defendant Alsco, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>ALSCO INC. (DOING BUSINESS IN CALIFORNIA AS STEINER CORPORATION) and DOES 1 THROUGH 25<br><br>Defendant. | Case No.: 4:15-cv-03045-JSW<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge Jeffrey S. White |

Before this Court is the parties' Joint Stipulation to Continue Case Management Conference. For good cause showing, the Court GRANTS the stipulation. IT IS HEREBY ORDERED that the date of the Case Management Conference shall be continued from October 2, 2015, at 11:00 a.m. to December 4, 2015, at 11:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 17, 2015

_____
Jeffrey S. White
United States District Court Judge

**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No.: 4:15-cv-03045-JSW

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September 2015, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**, which was sent by email to the following:

Alexei Kuchinsky
William P. Klein
KLEIN LAW GROUP
Four Embarcadero Center, Suite 3950
San Francisco, CA 94111
Tel: 415-693-9107
Fax: (415) 693-9222
Email: alexei@sfbizlaw.com

/s/ Gregory M. Saylin

4819-8792-9128, v. 1