Gregory M. Saylin, 185328
FABIAN VANCOTT
215 S. State Street, Ste. 1200
Salt Lake City, UT 84111
Telephone: 801-531-8900
Fax: 801-596-2814
gsaylin@fabianvancott.com
*Attorneys for Defendant Alsco Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK EDWARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALSCO INC. (DOING BUSINESS IN CALIFORNIA AS STEINER CORPORATION) and DOES 1 THROUGH 25,<br><br>    Defendant. | Case No.: 4:15-cv-03045-JSW<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br><br>Judge Jeffrey S. White |

Before this Court is the parties' Joint Stipulation to Continue Case Management Conference. For good cause showing, the Court GRANTS the stipulation. IT IS HEREBY ORDERED that the date of the Case Management Conference shall be continued from December 4, 2015, at 11:00 a.m. to February 5, 2016, at 11:00 a.m.

   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __November 9__ , 2015

_____
Jeffrey S. White
United States District Court Judge

Approved as to form:
/s/ Alexei Kuchinsky (with permission)
Alexei Kuchinsky

   **[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No.: 4:15-cv-03045-JSW