Gregory M. Saylin, 185328
FABIAN VANCOTT
215 S. State Street, Ste. 1200
Salt Lake City, UT 84111
Telephone: 801-531-8900
Fax: 801-596-2814
gsaylin@fabianvancott.com
*Attorneys for Defendant Alsco Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>ALSCO INC. (DOING BUSINESS IN CALIFORNIA AS STEINER CORPORATION) and DOES 1 THROUGH 25<br><br>    Defendant. | Civil No.: 4:15-cv-03045-JSW<br><br>[XXXXXXXX] ORDER FOR DISMISSAL<br><br>Judge Jeffrey S. White |

Before this Court is the parties' Stipulated Motion for Dismissal. For good cause appearing, IT IS HEREBY ORDERED that the above entitled action is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this __9th__ day of __December_____, 2015.

_Jeffrey S White_
Jeffrey S. White
United States District Court Judge

Approved as to form:

_____
Alexei Kuchinsky

[PROPOSED] ORDER FOR DISMISSAL
Civil No.: 4:15-cv-03045-JSW